IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Phillip Byrd,                               ) | C/A No.  0:11-2544-CMC-PJG |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.                                          ) | |
| ) | **ORDER** |
| Lt. Jason Davis, *Lee Corr. Ofc. B1 shift*; ) | |
| Nurse McDonald; Nurse McCaskill; and    ) | |
| Nurse Puwin,                                ) | |
| ) | |
| Defendants.      ) | |
| _____ ) | |

By motion of the plaintiff and with the consent of the defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A), the plaintiff's motion to voluntarily dismiss this action is hereby granted.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 5, 2012
Columbia, South Carolina